```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA          :    MISDEMEANOR
                                       INFORMATION
     -v.-                          :
                                       07 Cr.
SOPHONIE BROOKS,                   :

              Defendant.           :
----------------------------
```

07 CRIM    668

### COUNT ONE

The United States Attorney charges:

On or about May 10, 2007, in the Southern District of New York, SOPHONIE BROOKS, the defendant, unlawfully, willingly, and knowingly, did forcibly assault, resist, oppose, impede, intimidate and interfere with a person designated in Title 18 U.S.C. § 1114, while engaged in and on account of the performance of official duties, to wit, BROOKS assaulted an Immigration Enforcement Agent, while the Agent was engaged in and on account of the performance of her official duties, at 201 Varick Street, New York, New York.

(Title 18, United States Code, Section 111(a)(1)).

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

JUL 2 3 2007